```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                       Case No. 19-02809-RNO
Jennifer M Tershak                                           Chapter 13
      Debtor               CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh              Page 1 of 1       Date Rcvd: Aug 07, 2019
                              Form ID: ntcnfhrg          Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
```
db            +Jennifer M Tershak,    47 Yorktown Road,    Mountain Top, PA 18707-2242
5216779       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982234,    El Paso, TX  79998-2234)
5216780        Barbara Macko, Tax Collector,    369 S Mountain Blvd,    Mountain Top, PA  18707-1979
5216781        Chase Bank,    PO Box 15298,    Wilmington, DE  19850-5298
5216782        Citi Simplicity Card,    PO Box 6500,    Sioux Falls, SD  57117-6500
5216778        Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA  18701-2588
5225333       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
               c/o National Bankruptcy Services, LLC,     P.O. Box 9013,    Addison, Texas 75001-9013
5216785        Madeline R. Tershak,    47 Yorktown Rd,    Mountain Top, PA  18707-2242
5216786        PNC Bank,    PO Box 3429,    Pittsburgh, PA  15230-3429
5216787        PNC Bank, N.A,    PO Box 3429,    Pittsburgh, PA  15230-3429
5216788        SoFi Lending Corp,    PO Box 654158,    Dallas, TX  75265-4158
5216777       +Tershak Jennifer M,    47 Yorktown Rd,    Mountain Top, PA  18707-2242
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5216783        E-mail/Text: mrdiscen@discover.com Aug 07 2019 19:41:30     Discover,    PO Box 30943,
               Salt Lake City, UT  84130
5222553        E-mail/Text: mrdiscen@discover.com Aug 07 2019 19:41:30     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5216784       +E-mail/Text: collections@essabank.com Aug 07 2019 19:42:19     ESSA Bank & Trust,
               744 Main Street,    Stroudsburg, PA 18360-2268
                                                                                              TOTAL: 3
```
```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              John H. Doran    on behalf of Debtor 1 Jennifer M Tershak jdoran@dorananddoran.com,
               mdoran@dorananddoran.com
              Lisa M. Doran    on behalf of Debtor 1 Jennifer M Tershak ldoran@dorananddoran.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Jennifer M Tershak, aka Jennifer Mary Tershak, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 5:19−bk−02809−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **September 3, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 10, 2019 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 7, 2019 |

ntcnfhrg (03/18)