UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JENNIFER M. TERSHAK<br>      Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>      Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| JENNIFER M. TERSHAK<br>      Respondent(s) | :<br>: CASE NO. 5-19-bk-02809 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this 5th day of September, 2019, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about August 19, 2019 be withdrawn, as all issues have been resolved.

                                            Respectfully submitted:

                                            /s/Charles J. DeHart, III
                                            Standing Chapter 13 Trustee
                                            8125 Adams Drive, Suite A
                                            Hummelstown, PA 17036
                                            (717) 566-6097

CERTIFICATE OF SERVICE

      AND NOW, this 5th day of September, 2019, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Lisa Doran, Esquire
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

                                            /s/Deborah A. Behney
                                            Office of Charles J. DeHart, III
                                            Standing Chapter 13 Trustee23