IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
WILKES-BARRE DIVISION

IN RE: JENNIFER M TERSHAK

CASE NO. 5-19-BK-02809

CLAIM: 7

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, SOFI LENDING CORP hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**SOFI LENDING CORP**
**STE 4700 BLDG A**
**1 LETTERMAN DR**
**SAN FRANCISCO CA 94129-1512**

To the new address below:

**Resurgent Capital Services**
**PO Box 10587**
**Greenville SC 29603-0587**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Darla Gein                                                                                           Date: 5/31/2022
Darla Gein
Telephone: (877) 264-5884