United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                Case No. 19-02809-MJC

Jennifer M Tershak                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                 User: AutoDocke                                  Page 1 of 2
Date Rcvd: Aug 09, 2024                         Form ID: 3180W                               Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer M Tershak, 47 Yorktown Road, Mountain Top, PA 18707-2242 |
| 5242457 | + | Barbara J. Macko, Tax Collector, 369 S Mountain Boulevard, Mountaintop, PA 18707-1979 |
| 5216780 | | Barbara Macko, Tax Collector, 369 S Mountain Blvd, Mountain Top, PA 18707-1979 |
| 5216778 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5216785 | | Madeline R. Tershak, 47 Yorktown Rd, Mountain Top, PA 18707-2242 |
| 5216777 | + | Tershak Jennifer M, 47 Yorktown Rd, Mountain Top, PA 18707-2242 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5216779 | | EDI: BANKAMER | Aug 09 2024 22:40:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 5236227 | + | EDI: BANKAMER2 | Aug 09 2024 22:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5216782 | | EDI: CITICORP | Aug 09 2024 22:40:00 | Citi Simplicity Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5216783 | | EDI: DISCOVER | Aug 09 2024 22:40:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 5222553 | | EDI: DISCOVER | Aug 09 2024 22:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5216784 | + | Email/Text: collections@essabank.com | Aug 09 2024 18:38:00 | ESSA Bank & Trust, 744 Main Street, Stroudsburg, PA 18360-2268 |
| 5216781 | | EDI: JPMORGANCHASE | Aug 09 2024 22:40:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 5225333 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 09 2024 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5241542 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 18:38:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5216786 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2024 18:38:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 5240254 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2024 18:38:00 | PNC Bank NA, PO Box 94982, Cleveland, OH 44101 |
| 5216787 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2024 18:38:00 | PNC Bank, N.A, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 5242948 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 09 2024 18:38:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 5240469 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Notice Type | Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 5216788 | Email/PDF: SoFiBKNotifications@resurgent.com | | Aug 09 2024 18:38:27 | Resurgent Capital Services, PO Box 10587, Greenville SC 29603-0587 |
| 5238121 | EDI: AIS.COM | | Aug 09 2024 18:38:32 | SoFi Lending Corp, PO Box 654158, Dallas, TX 75265-4158 |
| | | | Aug 09 2024 22:40:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| John H. Doran | on behalf of Debtor 1 Jennifer M Tershak jdoran@dorananddoran.com mdoran@dorananddoran.com;ldoran@dorananddoran.com |
| Lisa M. Doran | on behalf of Debtor 1 Jennifer M Tershak ldoran@dorananddoran.com LDoran@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jennifer M Tershak<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8140<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19-bk-02809-MJC | |

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jennifer M Tershak
   aka Jennifer Mary Tershak

8/9/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W             **Chapter 13 Discharge**             page 2